## HELEN GLADU *v.* JOAO SOUSA

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 796 (AC 18205), is granted, limited to the following issue:

"Did the Appellate Court properly hold that the trial court was within its discretion in ordering an additur where a jury had determined that a plaintiff was entitled to economic damages but no noneconomic damages?"

The Supreme Court docket number is SC 16125.

*William J. Melley III*, in support of the petition.

Decided June 16, 1999